IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **STARR INDEMNITY &** § | | **PLAINTIFF** |
| **LIABILITY COMPANY** § | | |
| § | | |
| § | | |
| **v.** § | | **Civil No. 1:22-cv-64-HSO-RHWR** |
| § | | |
| § | | |
| **PREMIER CRANEWORKS, LLC,** § | | **DEFENDANTS** |
| **et al.** § | | |

### ORDER REQUIRING PLAINTIFF TO BRIEF SUBJECT-MATTER JURISDICTION OR FILE AN AMENDED COMPLAINT THAT ADDRESSES SUBJECT-MATTER JURISDICTION

This matter is before the Court sua sponte to consider its subject-matter jurisdiction over this case. Plaintiff Starr Indemnity & Liability Company ("Plaintiff") has not fully addressed subject-matter jurisdiction in its Amended Complaint [5] and it is not facially apparent from the Amended Complaint [5] that subject-matter jurisdiction exists. Plaintiff is required to brief this issue or file an amended complaint on or before **May 3, 2022**.

No federal question is apparent on the face of the Amended Complaint [5], and the Amended Complaint [5] lacks the information required to determine if diversity jurisdiction is present. On April 6, 2022, Plaintiff was directed to file a brief or amended complaint that distinctly and affirmatively alleged the parties' citizenship. Order [3]. Plaintiff filed an Amended Complaint [5] on April 19, 2022, but failed to distinctly and affirmatively allege the citizenship of Defendant Berkley National Insurance Company.

Specifically, Plaintiff merely claims that Defendant Berkley National

Insurance Company "is a foreign insurer licensed to do and doing business in Mississippi." Am. Compl. [5] at 3; *see Gary v. Allstate Vehicle & Prop. Ins. Co.*, No. 22-cv-943, 2022 WL 1087488, at *1 (W.D. La. Apr., 11, 2022) (finding that the plaintiff had failed to sufficiently allege the defendant's citizenship by merely referring to the defendant "as a foreign insurance company authorized to do business in Louisiana"). Plaintiff provides no information on what type of entity Berkley National Insurance Company is or of what state(s) it is a citizen. Plaintiff claims to be proceeding under diversity jurisdiction, but in order to do so it must provide the parties' citizenship. *See* Am. Compl. [5] at 3.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that, Plaintiff must on or before **May 3, 2022**, file a brief or amended complaint that distinctly and affirmatively alleges the parties' citizenship.

**SO ORDERED AND ADJUDGED**, this the 19th day of April, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE